UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 23-9908-AH(PVCx)** | Date | APRIL 8, 2025 |
| Title: | ***BERTA CIFUENTES v. COSTCO WHOLESALE CORPORATION, ET AL.,*** | | |

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT COURT JUDGE PRESIDING |
|---|---|

| YOLANDA SKIPPER | AMY DIAZ |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Edward Lowenschuss | Jamie C. Pollaci<br>Lauren S. Schwartz |

\_\_\_\_ Day Court Trial   **1st (held and continued)  X**  Day Jury Trial

- **X** The Jury is impaneled and sworn.
- **X** Opening statements made by   PLAINTIFF AND DEFENDANT
- **X** Witnesses called, sworn and testified.
- **X** Exhibits identified.   **X** Exhibits admitted.
- \_\_ Plaintiff(s) rest.   \_\_ Defendant(s) rest.
- \_\_ Closing arguments made by   \_\_ plaintiff(s)   \_\_ defendant(s).   \_\_ Court instructs jury.
- \_\_ Bailiff(s) sworn.   \_\_ Jury retires to deliberate.   \_\_ Jury resumes deliberations.
- \_\_ Jury Verdict in favor of   \_\_ plaintiff(s) is read and filed   \_\_ defendant(s) is read and filed.
- \_\_ Jury polled.   \_\_ Polling waived.
- \_\_ Filed Witness & Exhibit Lists   \_\_ Filed jury notes.   \_\_ Filed jury instructions.
- \_\_ Judgment by Court for _____   \_\_ plaintiff(s)   \_\_ defendant(s).
- \_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_ plaintiff(s)   \_\_ defendant(s).
- \_\_ Case submitted.   Briefs to be filed by _____
- \_\_ Motion to dismiss by _____ is   \_\_ granted.   \_\_ denied.   \_\_ submitted.
- \_\_ Motion for mistrial by _____ is   \_\_ granted.   \_\_ denied.   \_\_ submitted.
- \_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_ granted.   \_\_ denied.   \_\_ submitted.
- \_\_ Settlement reached and placed on the record.
- \_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- \_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- \_\_ Trial subpoenaed documents returned to subpoenaing party.
- **X** Case continued to   **APRIL 9, 2025 AT 8:00 A.M.**   for further trial/further jury deliberation.
- \_\_ Other:

5 : 35

Initials of Deputy Clerk   YS

cc: all parties of record