```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                      APRIL 17, 2025

                CENTRAL DISTRICT OF CALIFORNIA
                BY:         YS         DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTA CIFUENTES,<br><br>                PLAINTIFF(S),<br>v.<br><br>COSTCO WHOLESALE CORPORATION, ET AL.,<br><br>                DEFENDANTS. | **CASE NUMBER**<br><br>CV 23-9908-AH(PVCx)<br><br>**JUDGMENT ON THE VERDICT**<br><br>**FOR DEFENDANT(S)**<br><br>**JS-6** |

This action having been tried before the Court sitting with a jury, the Honorable ANNE HWANG, District Judge, presiding; and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s) BERTA CIFUENTES, take nothing; and that the defendant(s) COSTCO WHOLESALE CORPORATION, ET AL., pursuant to the verdict filed April 15, 2025, said action be dismissed on the merits.

Dated  APRIL 17, 2025
at        9:48 A.M.

CLERK, U.S. DISTRICT COURT

By /s/ Yolanda Skipper
      Deputy Clerk

cc:    Counsel of record